

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00863-CV

WEATHERFORD ARTIFICAL LIFT SYSTEMS, INC., Appellant

V.

A& E SYSTEMS SDN BHD, Appellee

Appeal from the 295th District Court of Harris County.  (Tr. Ct. No. 2012-62091).

**TO THE 295TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 14th day of July 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the interlocutory order signed by the trial court on October 3, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's order contains no reversible error.  Accordingly, the Court **affirms** the trial court's order.

The Court further **orders** that the appellant, Weatherford Artificial Lift Systems, Inc., pay all costs incurred by reason of this appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 14, 2015.

Panel consists of Chief Justice Radack and Justices Higley and Massengale. Opinion delivered by Chief Justice Radack.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

September 25, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

